Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JACQUELINE NAVARRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:24-CV-01193 (BAM)<br><br>**STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER** |

　　　　On October 4, 2024, Plaintiff Jacqueline Navarro filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on November 25, 2024. (ECF Doc. 10) Pursuant to the Court's Scheduling Order,

STIPULATION FOR BRIEFING EXTENSION

1  Plaintiff's motion for summary judgment is currently due to be filed on or before December 26,
2  2024. (ECF Doc. 5 at p.2: 15-16)
3         The parties hereby stipulate that the date for Plaintiff's motion be extended by thirty (30)
4  days, due to a death in Plaintiff's counsel's family. This is Plaintiff's first request for an
5  extension. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: December 18, 2024            NEWEL LAW
                            By:     *Melissa Newel*
                                    Melissa Newel
                                    Attorney for Plaintiff
                                    JACQUELINE NAVARRO


Dated: December 18, 2024            PHILLIP A. TALBERT
                                    United States Attorney
                                    MATTHEW W. PILE
                                    Associate General Counsel
                                    Office of Program Litigation, Office 7

                            By:     *Justin L. Martin*
                                    JUSTIN L. MARTIN
                                    Special Assistant United States Attorney
                                    Attorney for Defendant

**ORDER**

Good cause having been shown, Plaintiff's request for an extension of time of thirty (30) days to file her motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment shall be filed on or before January 27, 2025.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

   Dated:   **December 18, 2024**            /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR BRIEFING EXTENSION