1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   MICHELLE A. PAVELEK, CSBN 300642
4  Special Assistant United States Attorney
       Social Security Administration
5      6401 Security Boulevard
       Baltimore, MD 21235
6      Telephone: (510) 970-4862
       Facsimile: (415) 744-0134
7      Michelle.A.Pavelek@ssa.gov
   Attorneys for Defendant
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| JACQUELINE NAVARRO, | ) Case No.: 1:24-cv-01193-BAM |
|---|---|
| Plaintiff, | ) STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will develop the record as necessary, offer Plaintiff another hearing, proceed through the steps of the sequential evaluation process as warranted, and

JOINT STIPULATION TO REMAND - [1:24-cv-01193-BAM]                                   Page 1

1  issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a

2  final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of

3  the Commissioner.

4                                              Respectfully submitted,

5  Dated: March 12, 2025                       NEWEL LAW

6                                              *s/ Melissa Newel*[*]
                                               MELISSA NEWEL

7
                                               Attorney for Plaintiff
8                                              (*as authorized via e-mail)

9  Dated: March 12, 2025                       MICHELE BECKWITH
                                               Acting United States Attorney
10
                                               MATHEW W. PILE
11                                             Associate General Counsel
                                               Office Of Program Litigation, Office 7
12
                                               *s/ Michelle A. Pavelek*
13                                             MICHELLE A. PAVELEK
                                               Special Assistant United States Attorney
14                                             Attorney for Defendant

15

16

17

18

19

20

21

22

23

24

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand, and judgment shall be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: __March 13, 2025__         /s/ *Barbara A. McAuliffe* _
                                  UNITED STATES MAGISTRATE JUDGE